IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 23-cv-01175 |
| | ) |
| LAKHANI, LLC, d/b/a Holiday Inn & Suites Chicago North Shore | ) Judge Kness |
| | ) |
| | ) Magistrate Judge McShain |
| Defendant. | ) |

## STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant LAKHANI, LLC d/b/a Holiday Inn & Suites Chicago North Shore through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | LAKHANI, LLC d/b/a Holiday Inn & Suites Chicago North Shore |
| By: /s/ *Marshall J. Burt* | By: */s/* Jonathan L. Federman |
| Marshall J. Burt, Esq. | Jonathan L. Federman, Esq. |
| The Burt Law Group, Ltd. | Gordon Rees Scully Mansukhani, LLP |
| 1338 S. Federal St. #L | One North Franklin, Ste 800 |
| Chicago, IL 60605 | Chicago, IL 60606 |
| 312-854-3833 | (312) 565-1400 |
| Marshall@mjburtlaw.com | jfederman@grsm.com |